629-0016/4885-8300-6510

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KEVIN YAN LUIS, on behalf of himself and
all others similarly situated,                              Rule 7.1 Statement

                                            Plaintiff,       1:22-cv-06472-MKV

        –against–

SHAW FLOORS, INC.,

                                            Defendant.
-----------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Shaw Industries Group, Inc., s/h/a Shaw Floors, Inc. certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: Berkshire Hathaway.

Dated:  New York, New York          LESTER SCHWAB KATZ & DWYER, LLP
          August 10, 2022                 100 Wall Street
                                               New York, NY 10005
                                               Main (212) 964-6611
                                               Direct (212) 341-4298
                                               Fax (212) 267-5916
                                               tcatalano@lskdnylaw.com

                                                 S/ Thomas A. Catalano
                                               _____
                                               Thomas A. Catalano